No. 79–1713.  Red Lake Band of Chippewa Indians *v.* Minnesota et al.  C. A. 8th Cir.  Certiorari denied.  Justice Blackmun would grant certiorari.

No. 79–1920.  Safeway Stores, Inc., et al. *v.* Meat Price Investigators Assn. et al.;

No. 79–1959.  Meat Price Investigators Assn. et al. *v.* Safeway Stores, Inc., et al.;

No. 79–2060.  Black et al. *v.* Albertson's, Inc., et al.;

No. 80–103.  Lowe et al. *v.* Safeway Stores, Inc., et al.; and

No. 80–105.  Agee et al. *v.* Safeway Stores, Inc., et al.  C. A. 5th Cir.  Certiorari denied.  Justice Blackmun took no part in the consideration or decision of these petitions.  Reported below: 600 F. 2d 1148.

No. 79–1988.  Earth Satellite Corp. et al. *v.* Hastings et al.  C. A. D. C. Cir.  Motion of respondent Hastings for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 80–237.  Ohio *v.* Young.  Sup. Ct. Ohio.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.